UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHILIP FRITZ, ET AL

VERSUS

SATELLINK PAGING, LLC

CIVIL ACTION

NO. 03-619-C

ORDER

On February 9, 2006 a scheduling order was issued by the United States Magistrate Judge assigning a dispositive motion filing deadline of November 20, 2006. On December 7, 2007 defendant, Satellink Paging, LLC filed a Motion for Summary Judgment.

Accordingly, IT IS ORDERED that the Motion for Summary Judgment filed by Satellink Paging, LLC is hereby STRICKEN from the record for being filed untimely.

Baton Rouge, Louisiana, December 21, 2007.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT